**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur Jerry Manning,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>　　　　Defendant. | No.  CIV 04-2821-PHX-SMM (DKD)<br><br>**ORDER** |

The Complaint regarding this matter was filed December 8, 2004 (Doc. #1) and on October 27, 2005 (Doc. #6), the Court issued its Screening Order directing that Defendant Arpaio file an Answer as to Count I.  On January 25, 2006, Defendant filed a Motion for Summary Judgment (Doc. #8).  On February 7, 2006, Plaintiff filed a Notice of Non-Service and Request (Doc. #14) stating "I have never been served with the defendant's Motion for Summary Judgment... ."  On March 6, 2006, Defendant filed what is titled in the docket sheet as "Reply to Response to Motion" (Doc. #15, 16, 17, 18, 19).  As stated in the Clerk of the Court's Notice to Filer of Deficiencies in Electronically filed Documents filed March 7, 2006 (Doc. #20), it appears that the incorrect document type was selected.  Defendant was instructed to correct his deficiency within one (1) business day.  To date, Defendant has not corrected the required deficiency.  Accordingly,

**IT IS ORDERED** that Defendant correct the stated deficiency as stated in the Court's Notice to Filer of Deficiencies upon receipt of this Order.

**IT IS FURTHER ORDERED** that Defendant provide Plaintiff a complete copy of his Motion for Summary Judgment within five (5) working days from the date of this Order. It is ordered that Defendant file a Notice stating that a copy has been provided to Plaintiff.

Upon the Court's own Motion, **IT IS FURTHER ORDERED** extending the deadlines previously stated in this Court's January 25, 2006 Order (Doc. #10), as follows:

1. Plaintiff shall have thirty (30) days after receipt of Defendant's Motion for Summary Judgment within which to file a response together with supporting affidavits or other appropriate exhibits and a separate Statement of Facts.

2. Defendant shall have fifteen (15) days thereafter to file a reply.

DATED this 15th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge