**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur Jerry Manning,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>　　　　　Defendant. | No. CIV 04-2821-PHX-SMM (DKD)<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Leave to Amend Complaint (Doc. #25). Plaintiff seeks to add as a defendant "the name of defendant John Doe, Commander of the Towers Jail Facility." Motion at p. 2. Plaintiff filed his complaint in this matter on December 8, 2004 (Doc. #1), the complaint was screened on October 27, 2005 (Doc. #6), and on January 25, 2006, Defendant filed a Motion for Summary Judgment (Doc. #8). Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff's request will be denied.

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of the court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

1 | In light of the fact that Plaintiff has had considerable time to identify the name of this "Doe defendant" and a motion for summary judgment is pending, there seems little reason to allow Plaintiff to amend his complaint to name an unidentified person. It also appears to the Court that Plaintiff's present complaint alleges his overcrowding and conditions of confinement complaints against the chief administrator of the facilities of which he complains.

Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiff's Motion to Leave to Amend Complaint (Doc. #25), pending the Court's decision on Defendant's Motion for Summary Judgment. This dismissal is without prejudice.

DATED this 2nd day of May, 2006.

David K. Duncan
United States Magistrate Judge

- 2 -